```
Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Natalie R. Garson, Bar No. 345563
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendants Sam Ostayan, Fleet Capital, Inc., and Adam Garisad
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VEERKAMP,<br><br>     Plaintiffs,<br><br>vs.<br><br>RONALD PERLSTEIN, THE RONALD PERLSTEIN PROFIT SHARING PLAN FBO, THE ENTRUST GROUP, STORY INVESTMENT LLC, VICKY EZELL, FIDELITY NATIONAL TITLE COMPANY, KATHLEEN HERRERA, WESTERN FIDELITY TRUSTEE, FARMERS and MERCHANTS BANK of LONG BEACH, AMERICAN TRUST ESCROW, CHRIS FONTES, EQUITY FUNDING SOURCE, JUDITH KRUG, FLEET CAPITAL, SAM OSTAYAN, ADAM GARISAD AKA DEMO GARISAD and DOES 1–50, Inclusive,<br><br>     Defendants. | Case No.: 2:25-cv-05496 CBM (JPRx)<br>Unlimited Jurisdiction<br><br>Assigned to:<br>District Judge Consuelo B. Marshall<br>Magistrate Judge Jean P. Rosenbluth<br><br>**PROOF OF SERVICE RE:**<br>1. **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES [DOC 4]**<br>2. **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [DOC 5]**<br>3. **STANDING ORDER [DOC 6]** |

Proof of Service

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, whose business address is: 2603 Main Street, Suite 1225, Irvine. CA 92614.

On June 19, 2025, I served the document(s) described as:

**PROOF OF SERVICE RE:**
1. **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES [DOC 4]**
2. **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [DOC 5]**
3. **STANDING ORDER [DOC 6]**

on the interested parties in this action:

⊠   by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Steven W. O'Reilly<br>12304 Santa Monica Blvd, Suite 300<br>Los Angeles, CA 90025-2593 | Tel: (310) 560-0800<br>Fax: (310) 933-6980<br>Email:<br>steveslaw110@msn.com | Attorney for Plaintiff, Linda Veerkamp |

⊠   **CM/ECF** (U.S. District Court, Central District of California, Local Civil Rule 5-3.3)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

⊠   **BY ELECTRONIC SERVICE** (Code Civ. Proc. § 1010.6) – My electronic service address is: rconway@theryanfirm.com. I transmitted true and correct electronic copies of the above document(s) to the persons at the electronic mail addresses listed above and said transmission was completed without error.

⊠   (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 19, 2025, at Irvine, California.

                                  /s/ Rose Conway
                                  ROSE CONWAY

**THE RYAN FIRM**
A Professional Corporation

Proof of Service