Steven W. O'Reilly, SBN 141741
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California 90025-2593
Telephone: (310) 560-0800
Facsimile: (310) 933-6980
Email: steveslaw110@msn.com
Attorney for plaintiff Linda Veerkamp

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| LINDA VEERKAMP,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD PERLSTEIN, et al.,<br><br>    Defendants. | Case No. 2:25-cv-05496-CBM-JPR<br>*Hon. Consuelo B. Marshall*<br><br>PLAINTIFF LINDA VEERKAMP'S<br>NOTICE OF CORRECTIONS TO<br>THE FIRST AMENDED COMPLAINT<br>(DKT. 9) |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: The Plaintiff gives notice of the following corrections to the First Amended Complaint filed on July 3, 2025: The names of three defendants need minor corrections that do not alter the substantive rights of any party and the plaintiff requests a jury trial. (Dkt. #9.)

    1.    The second named defendant is incorrectly named: "Ronald Perlstein, Trustee of the Ronald Perlstein Profit Sharing Plan FBO, Ronald Perlstein, Entrust #00393 As to an UND 100% Interest."

**The correct name is: "The Entrust Group, Inc."**

2. The seventh named defendant is incorrectly named Western Fidelity Trustee.

**The correct name is: Western Fidelity Trustees, (F.B.N. unregistered alias: aka or believed to be) Western Fidelity Associates, LLC, a California Limited Liability Company.**

3. The thirteenth named defendant is incorrectly named: Fleet Capital.

**The correct name is: Fleet Capital, Inc.**

4. The plaintiff requests a Jury Trial.

This is how the three Defendants were incorrectly identified in the First Amended Complaint filed on July 3, 2025.

    Ronald Perlstein, Ronald Perlstein, Trustee of the Ronald Perlstein Profit Sharing Plan FBO, Ronald Perlstein, Entrust #00393 As to an UND 100% Interest Story Investment LLC, Vicky Ezell, Fidelity National Title Company, Kathleen Herrera, Western Fidelity Trustee, Farmers and Merchants Bank of Long Beach, American Trust Escrow, Chris Fontes, Equity Funding Source, Judith Krug, Fleet Capital, Sam Ostayan, Adam Garasad and DOES 1–50, Inclusive.

This is how the Defendants should be correctly identified:

    Ronald Perlstein, The Entrust Group, Inc., Story Investment LLC, Vicky Ezell, Fidelity National Title Company, Kathleen Herrera, Western Fidelity Trustees, (F.B.N. unregistered alias; aka or believed to be) Western Fidelity Associates, LLC, a California Limited Liability Company, Farmers and Merchants Bank of Long Beach, American Trust Escrow, Chris Fontes, Equity Funding Source, Judith Krug, Fleet Capital, Inc., Sam Ostayan, Adam Garasad and DOES 1–50, Inclusive.

The corrections are procedural and do not alter the substantive rights of any of the defendants. The plaintiff respectfully requests that the Court accept the corrected face page as the first page of the First Amended Complaint. The Original Face Page is attached as Exhibit 1 and the Crrected Face Page is attached as Exhibit 2

Dated: July 28, 2025

Respectfully submitted

LAW OFFICES OF STEVEN O'REILLY

By: /s/ Steven O'Reilly

STEVEN O'REILLY, for the plaintiff

NOTICE OF CORRECTIONS TO FIRST AMENED COMPLAINT

CASE NO.: 2:25-cv-05496-CBM-JPR

EXHIBIT 1

NOTICE OF CORRECTIONS TO FIRST AMENED COMPLAINT

Case 2:25-cv-05496-CBM-JPR   Document 9   Filed 07/03/25   Page 1 of 44   Page ID
Case 2:25-cv-05496-CBM-JPR   Document 17   Filed 08/07/25   Page 5 of 8   Page ID
#:173

Steven W. O'Reilly, SBN 141741
Email: steveslaw110@msn.com
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California 90025-2593
Telephone: (310) 560-0800
Facsimile: (310) 933-6980
Attorney for Plaintiff,
Linda Veerkamp

UNIYED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Veerkamp | CASE NO.: 2:25-cv-05496 CBM (JPR) |
| Plaintiff | FIRST AMENDED COMPLAINT |
| v. | |
| Ronald Perlstein, Ronald Perlstein, Trustee of the Ronald Perlstein Profit Sharing Plan FBO, Ronald Perlstein, Entrust #00393 As to an UND 100% Interest Story Investment LLC, Vicky Ezell, Fidelity National Title Company, Kathleen Herrera, Western Fidelity Trustee, Farmers and Merchants Bank of Long Beach, American Trust Escrow, Chris Fontes, Equity Funding Source, Judith Krug, Fleet Capital, Sam Ostayan, Adam Garasad and DOES 1–50, Inclusive, | 1. Wrongful Foreclosure
2. Fraud and Intentional Misrepresentation of Fact/Deceit
3. Bad Faith-Breach of the Duty of Good Faith and Fair Dealing
4. Breach of Contract
5. Breach of Fiduciary Duties
6. Violation of Bankruptcy Automatic Stay (11 U.S.C. § 362)
7. Unjust Enrichment
8. Conversion
9. Constructive Trust
10. Intentional Infliction of Emotional Distress
11. Negligence
12. Injunction Business & Professions § 17200 (Unfair Business Practices)
13 Declaratory Relief
14. Quiet Title |
| Defendants. | |

COMPLAINT

CASE NO.: 2:25-cv-05496-CBM-JPR

EXHIBIT 2

6

NOTICE OF CORRECTIONS TO FIRST AMENED COMPLAINT

6

Steven W. O'Reilly, SBN 141741
Email: steveslaw110@msn.com
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California 90025-2593
Telephone: (310) 560-0800
Facsimile: (310) 933-6980
Attorney for Plaintiff,
Linda Veerkamp

UNIYED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Veerkamp | CASE NO.: 2:25-cv-05496 CBM (JPR) |
| Plaintiff | FIRST AMENDED COMPLAINT |
| v. | |
| Ronald Perlstein, The Entrust Group, Inc., Story Investment LLC, Vicky Ezell, Fidelity National Title Company, Kathleen Herrera, Western Fidelity Trustees (F.B.N. unregistered alias: aka or believed to be) Western Fidelity Associates, LLC, a California Limited Liability Company, Farmers and Merchants Bank of Long Beach, American Trust Escrow, Chris Fontes, Equity Funding Source, Judith Krug, Fleet Capital, Inc., Sam Ostayan, Adam Garasad and DOES 1–50, Inclusive, Defendants. | 1. Wrongful Foreclosure<br>2. Fraud and Intentional Misrepresentation of Fact/Deceit<br>3. Bad Faith-Breach of the Duty of Good Faith and Fair Dealing<br>4. Breach of Contract<br>5. Breach of Fiduciary Duties<br>6. Violation of Bankruptcy Automatic Stay (11 U.S.C. § 362)<br>7. Unjust Enrichment<br>8. Conversion<br>9. Constructive Trust<br>10. Intentional Infliction of Emotional Distress<br>11. Negligence<br>12. Injunction Business & Professions § 17200 (Unfair Business Practices)<br>13 Declaratory Relief<br>14. Quiet Title |

FIRST AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I, Steven O'Reilly, hereby certify that on August 7, 2025 I electronically filed the foregoing paper described as: Notice of Corrections to First Amended Complaint with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties:

**Andrew Jonathan Mase**
Ryan Firm APC
2603 Main Street, Suite 1225
Irvine, CA 92614
Email: ecf@theryanfirm.com

**Natalie Garson**
The Ryan Firm
2603 Main St, Suite 1225
Irvine, CA 92614
Email: ngarson@goodwinlaw.com

**Timothy M Ryan**
Ryan Firm APC
2603 Main Street, Suite 1225
Irvine, CA 92614
Email: tryan@theryanfirm.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this court and authorized this service. Executed on August 7, 2025 at Los Angeles, Ca.

By: /s/ Steven O'Reilly

STEVEN O'REILLY

NOTICE OF CORRECTIONS TO FIRST AMENED COMPLAINT

