# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| LINDA VEERKAMP | 2:25–cv–05496–CBM–JPR |
| Plaintiff(s), | |
| v. | |
| RONALD PERLSTEIN, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   8/7/2025

Document No.:   17

Title of Document:   First Amended Complaint

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events – Motions and Related Filings – Applications/Ex Parte Applications/Motions/Petitions/Requests: Amend/Correct

Other:

Document was filed as a First Amended Complaint

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: August 8, 2025     By: /s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
                                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

Case 2:25-cv-05496-CBM-JPR   Document 18   Filed 08/08/25   Page 2 of 2   Page ID #:178

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.