Steven W. O'Reilly, SBN 141741
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California 90025-2593
Telephone: (310) 560-0800
Facsimile: (310) 933-6980
Email: steveslaw110@msn.com
Attorney for plaintiff Linda Veerkamp

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| LINDA VEERKAMP,<br><br>          Plaintiff,<br><br>v.<br><br>RONALD PERLSTEIN, et al.,<br><br>          Defendants. | Case No. 2:25-cv-05496-CBM-JPR<br>*Hon. Consuelo B. Marshall*<br><br>PLAINTIFF LINDA VEERKAMP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE LATE OPPOSITIONS TO THE MOTIONS TO DISMISS FILED BY FARMERS AND MERCHANTS BANK OF LONG BEACH, VICKY EZELL AND FIDELITY NATIONAL TITLE COMPANY; DECLARATION OF STEVEN O'REILLY; [PROPOSED] ORDER<br><br>Dept.:    8D<br>Hearing: 10-23-25<br>Time:    2 p.m. |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiff **Linda Veerkamp** is requesting leave of Court to allow the September 11 filing of her Opposition to the Motion to Dismiss filed by Defendant Farmers and Merchants Bank of Long Beach. She also seeks leave of Court to allow

Motion for Leave to File Late Opposition

the September 10th filing of her Opposition to the Motion to Dismiss brought by Vicky Ezell and Fidelity National Title Company. This motion is made pursuant to **Federal Rule of Civil Procedure 6(b)(1)(B)** on the grounds of **excusable neglect**.

This Court has graciously allowed plaintiff's counsel to file a late opposition to the Motion to Dismiss brought collectively by defendants Adam Garasad, Sam Ostayan and Fleet Capital Inc. That opposition was due on August 19, 2025 and the plaintiff was allowed to file it 8 days late on August 27, 2025.

Defendant Farmers and Merchants Bank of Long Beach filed a Motion to Dismiss and the Opposition was due on September 9, 2025. A Motion to Dismiss was also filed by Vicky Ezell and Fidelity National Title Company and the plaintiff's Opposition was due on September 9, 2025.

Plaintiff counsel continues to suffer devastating pain in his legs and feet through today. That pain caused him to file the Opposition to Farmers and Merchants' motion two days late and the Opposition to Ezell and Fidelity National's motion one day late. All of the filings were done in such close proximity that plaintiff's counsel neglected to get Court approval before submitting two of them late. The plaintiff submits that he has good cause for asking the Court to deem them timely when they were submitted on September 10th and 11th.

This motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Steven W. O'Reilly with supporting exhibits, all pleadings and papers on file and any further evidence and argument as may be presented at the hearing.

Date: 9-25-25     Respectfully submitted by:     **/s/ Steven W. O'Reilly**

Steven O'Reilly, Attorney for the Plaintiff

Motion for Leave to File Late Opposition

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff respectfully requests that this Court authorize the two days late filing of her Opposition to Farmers and Merchants' Motion to Dismiss, and the one day late filing of her Opposition to Vicky Ezell and Fidelity Nationals' Motion to Dismiss. Plaintiff counsel was incapacitated due to a severe foot injury/ condition which was aggravated by a traumatic event and resulted in treatment by Torrance Paramedics. The ongoing infection and cellulitis has caused extensive blood clotting in the veins of his legs which has resulted in open sores and excruciating pain with every step. (See Exhibit 1). This medical emergency rendered counsel physically incapacitated and unable to complete the oppositions by the due date of 9-9-25.

The delay was not the result of bad faith, but of circumstances entirely outside counsel's control. Plaintiff counsel acted diligently when his medical condition permitted and promptly prepared the oppositions which were previously submitted for consideration on September 10th and 11th.

## II. LEGAL STANDARD

Under **Fed. R. Civ. P. 6(b)(1)(B)**, the Court may, "for good cause," extend the time to act after the deadline has expired if the party failed to act because of **excusable neglect**.

The Supreme Court in *Pioneer Inv. Servs. Co. v. Brunswick Assocs.*, 507 U.S. 380 (1993),

established that excusable neglect is an equitable concept, considering:

1. The danger of prejudice to the opposing party;

2. The length of the delay and its potential impact on judicial proceedings;

3. The reason for the delay and whether it was within the reasonable control of the movant; and,

4. Whether the movant acted in good faith.

The Ninth Circuit has applied *Pioneer* liberally, holding that medical incapacity and illness of counsel constitutes excusable neglect. See *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1261–62 (9th Cir. 2010).

### III. ARGUMENT

1. **No Prejudice to Defendants**

    Defendants will not be prejudiced if the Plaintiff's late oppositions are deemed timely filed on September 10 and 11 of 2025. They have already filed reply briefs and the Court has continued the hearings until October 23, 2025.

2. **The length of the delay**

    Defendant Farmers and Merchants Bank will have to explain why it is objecting to the plaintiff's evidence at the pleading stage where it is limited to the facts in the complaint and has to assume that they are true.

3. **Short and Justifiable Delay**

The delay was brief and directly caused by counsel's medical condition, during which he was unable to walk or work. His left leg was covered in open sores and scarring from his toes to his kneecap. Every step opened a new sore.

4. **Excusable Neglect Established**

Counsel's sudden incapacity due to severe pain (Exhibit 1) made compliance with the filing deadline impossible. Courts recognize such circumstances as excusable neglect.

5. **Good Faith**

Plaintiff's counsel acted in good faith. This is the same injury that caused him to file the first Oppositions 8 days late.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to allow the late oppositions to Defendants' Motion to Dismiss, deem the filing timely, and permit adjudication of the motions on the merits.

Date: 9-26-25

Respectfully submitted,   **/s/ Steven W. O'Reilly**

Steven W O'Reilly, Attorney for plaintiff

# DECLARATION OF STEVEN O'REILLY

My name is Steven O'Reilly and I am the attorney of record for the plaintiff Linda Veerkamp. I am licensed to practice law in the State Courts of California, the United States District Court for Central California and in the 9th Circuit Court of Appeals. I am offering this declaration in support of my request for leave of Court to file late Oppositions to the Motions to Dismiss brought by defendants Farmers and Merchants Bank of Long Beach, Vicky Ezell and Fidelity National Title Company. I have personal knowledge of the following events. If I was called as a witness I would truthfully, and competently, testify to the following facts:

1. The plaintiff's Opposition to the Motion to Dismiss was due on August 19, 2025. It will be filed and served on August 27, 2025. It was filed late because of a serious medical condition that I have.

2. I have a medical condition that is caused by blood clotting in the veins of my legs. The clots block the normal flow of blood back to my heart, causing it to pool up in my legs and feet. After a while, it becomes acid-like until it bursts through the skin, creating huge open sores.

3. These open sores scab up and cause deep gouges in my feet and legs. They are constantly opening with the slightest movement and this creates excruciating pain. It is impossible to walk without pain and it is impossible to concentrate and work while experiencing constant pain.

4. It caused me to be hospitalized for a week in May. It is an extremely painful condition and life-threatening. My cardiologist performed a surgery on May 17th wherein he removed some blocked and damaged veins and re-routed my blood.

5. The surgery was performed by Dr. Charles Naime at St. Johns Hospital. He has an

office located at 1301 20th Street in Santa Monica, Ca. I had a decent recovery for the last two weeks in June of this year, but then I had another episode that started on August 1, 2025.  I was moving a piece of furniture which was dropped on my left foot. My foot and leg swelled up and the pain was excruciating. Paramedics from the Torrance Fire Dept. responded and rendered treatment, but they could not prevent infection.

6. I developed huge open sores on my feet and legs. The condition is getting worse. The pain caused me to stop walking and working on August 14. The attached photos show the condition of my feet from August 14 through September 14. The pain is excruciating

7.  I was unable to finish my Opposition on time. The issues in the Opposition are addressed in the First Amended Complaint (FAC) and a slight delay should not prejudice the moving defendants.  All of the California defendants have been served with the First Amended Complaint and we have been diligent.  Discovery has just begun and there should be no restriction on time caused by a delay of one week.

8. Attached as Exhibit 1 are true and correct copies of the 4 photos of the injury to my leg.

I have read the above and declare that it is true under penalty of perjury and under the laws of the United States. Signed this 26th day of September 2025.   / s / Steven O'Reilly

                                          Steven O'Reilly

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| LINDA VEERKAMP,<br><br>      Plaintiff,<br>v.<br><br>RONALD PERLSTEIN, et al.,<br><br>      Defendants. | Case No. 2:25-cv-05496-CBM-JPR<br>*Hon. Consuelo B. Marshall*<br><br>[Proposed] Order<br> Dept.:    8D<br> Hearing: 10-23-25<br> Time:    2 p.m. |

The plaintiff's Motion for Leave to File Late Oppositions to the Motion to Dismiss came on for a hearing today. The Court finds that plaintiff's counsel has demonstrated excusable neglect and the Court will allow the late filing of his oppositions.

Having reviewed plaintiff's motion and after argument of counsel, the Court Grants the motion.                  _____

DATED_____          Judge of the Superior Court

8

Motion for Leave to File Late Opposition

# CERTIFICATE OF SERVICE

- I, Steven O'Reilly, hereby certify that on September 26, 2025 I electronically filed the foregoing paper described as: Plaintiffs Motion for Leave to fil late Oppositions with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties:

  -
  - Michael Leight, Esq
  - 16400 PCH, Suite 203
  - Huntington Beach, Ca. 92649 admin@leightlaw.net
  -
  - Sinny B. Thai, Esq.
    601 S. Figueroa Street, Suite 4025
  - Los Angeles, Ca. 90017 sinny.thai@fnf.com
  -
  - Jonathan Endman, Esq.
  - RELAW, APC
  - 2535 Townsgate Road Suite 207
  - Westlake Village 91361 jonathan@relawapc.com
  -
    Timothy M Ryan
    Ryan Firm
    2603 Main Street, Suite 1225
    Irvine, CA 92614 Email: tryan@theryanfirm.com
  -
  - Andrew Jonathan Mase
    The Ryan Firm
    2603 Main St, Suite 1225
    Irvine, CA 92614 ecf@theryanfirm.com

  - Natalie Garson
    The Ryan Firm
    2603 Main St, Suite 1225
    Irvine, CA 92614 Email: ngarson@goodwinlaw.com
- I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this court and authorized this service. Executed on September 26, 2025 at Los Angeles, Ca.         By: /s /Steven O'Reilly
                                                                              STEVEN O'REILLY

Motion for Leave to File Late Opposition