1  CHARLES V. BERWANGER (SBN: 047282)
   cberwanger@grsm.com
2  ARIANNA EGUILUZ (SBN: 356793)
   aeguiluz@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   101 W. Broadway, Suite 2000
4  San Diego, California 92101
   Telephone:  (619) 696-6700
5  Facsimile:   (619) 696-7124

6  Attorneys for Defendant
   THE ENTRUST GROUP INC.
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | LINDA VEERKAMP,                               | Case No. 2:25-cv-05496 CBM (JPR)
12 |          Plaintiff,                           | **PROOF OF SERVICE**
13 |     v.                                        | Dept.:
14 | RONALD PERLSTEIN, TRUSTEE OF                  | Judge: Consuelo B. Marshall
   | THE RONALD PERLSTEIN PROFIT
15 | SHARING PLAN FBO, RONALD                      | Complaint Filed: July 03, 2025
   | PERLSTEIN, ENTRUST #00393 AS
16 | TO AN UND 100% INTEREST
   | STORY INVESTMENT LLC, VICKY
17 | EZELL, FIDELITY NATIONAL
   | TITLE COMPANY, KATHLEEN
18 | HERRERA, WESTERN FIDELITY
   | TRUSTEE, FARMERS AND
19 | MERCHANTS BANK OF LONG
   | BEACH, AMERICAN TRUST
20 | ESCROW, CHRIS FONTES, EQUITY
   | FUNDING SOURCE, JUDITH KRUG,
21 | FLEET CAPITAL, SAM OSTAYAN,
   | ADAM GARASAD and DOES 1–50,
22 | INCLUSIVE,

23         Defendants.

24

25     I am a resident of or employed within the State of California, over the age of

26 eighteen years, and not a party to the within action. My business address is: 101 W.

27 Broadway, Suite 2000, San Diego, California 92101. On **October 10, 2025** I

28 served the within documents:

- 1 -
PROOF OF SERVICE

| | |
|---|---|
| | 1. **DEFENDANT THE ENTRUST GROUP INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>2. **DEFENDANT THE ENTRUST GROUP INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| ☐ | **PERSONAL SERVICE:** By causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below. |
| ☐ | **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below. |
| ☐ | **FACSIMILE:** By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| ☐ | **ELECTRONIC TRANSMISSION:** By transmitting a pdf.format version of the document(s) via electronic mail to the party(s) identified on the service list using the email address(es) indicated. |
| ☒ | **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3). |
| ☐ | **OVERNIGHT:** By placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FedEx (or other overnight service) as part of the ordinary business practices of GORDON REES SCULLY MANSUKHANI, LLP described below, addressed as follows: |

| | |
|---|---|
| Steven W. O'Reilly, Esq.<br>12304 Santa Monica Blvd., Suite 300<br>Los Angeles, Calaifornia 90025-2593<br>Phone: (310) 560-0800<br>Fax: (310) 933-6980<br>steveslaw110@msn.com | Attorney for Plaintiff<br><br>Linda Veerkamp |
| Daniel J. Yourist<br>Yourist Law Corporation<br>10866 Wilshire Blvd., Suite 225<br>Los Angeles, CA 90024<br>310-575-1175<br>Fax: 310-943-2148<br>djy@youristlaw.com | Attorneys for Defendants:<br><br>Ronald Perstein<br>The Ronald Perstein Profit Sharing Plan FBO<br><br>Story Investment LLC |
| Sinny B. Thai<br>Fidelity National Law Group<br>601 South Figueroa Street, Suite 4025<br>Los Angeles, CA 90017<br>213-438-7210<br>Fax: 213-438-4417<br>sinny.thai@fnf.com | Attorneys for Defendants:<br><br>Vicky Ezell<br>Fidelity National Title Company |

| | |
|---|---|
| Robert B. Schachter<br>Hitchcock Bowman and Schachter<br>Del Amo Financial Center<br>21515 Hawthorne Blvd., Suite 1030<br>Torrance, CA 90503-6579<br>310-540-2202<br>rs@rschachterlaw.com | Attorneys for Defendants:<br><br>Kathleen Herrera<br><br>Western Fidelity Trustee dba Western Fidelity Trustees |
| Michael Leight<br>Law Offices of Michael Leight<br>16400 Pacific Coast Hwy., Suite 203<br>Huntington Beach, CA 92649<br>562-430-1009<br>admin@leightlaw.net | Attorneys for Defendant:<br><br>Farmers and Merchants Bank of Long Beach |
| N/A | Attorney for Defendant:<br><br>American Trust Escrow |
| N/A | Attorney for Defendant:<br><br>Chris Fontes |
| Jennifer Felten<br>Jonathan L Endman<br>RELAW APC<br>2535 Townsgate Road, Suite 207<br>Westlake Village, CA 91361<br>805-265-1031<br>jennifer@relawapc.com<br>jonathan@relawapc.com | Attorneys for Defendants:<br><br>Equity Funding Source Inc.<br><br>Judith Krug |
| Fleet Capital Inc.<br>Sam Ostayan<br>Adam Garasad aka Demo Garasad<br><br>Andrew Jonathan Mase<br>Natalie Garson<br>Timothy M. Ryan<br>The Ryan Firm<br>2603 Main Street, Suite 1225<br>Irvine, CA 92614<br>949-263-1800<br>Fax: 949-872-2211<br>ecf@theryanfirm.com<br>amase@theryanfirm.com<br>ngarson@goodwinlaw.com<br>tryan@theryanfirm.com | Attorneys for Defendants:<br><br>Fleet Capital Inc.<br><br>Sam Ostayan<br><br>Adam Garasad aka Demo Garasad |

1  I am readily familiar with the firm's practice of collection and processing
2  correspondence for mailing. Under that practice it would be deposited with the
3  U.S. Postal Service on that same day with postage thereon fully prepaid in the
4  ordinary course of business. I am aware that on motion of the party served, service
5  is presumed invalid if postal cancellation date or postage meter date is more than
6  one day after the date of deposit for mailing in affidavit.

7  I declare under penalty of perjury under the laws of the State of California
8  that the above is true and correct. Executed on **October 10, 2025** at San Diego,
9  California.

_Oni Bell_

Oni Bell

- 4 -
PROOF OF SERVICE