Steven W. O'Reilly, SBN 141741
12304 Santa Monica Boulevard, Suite 300
Los Angeles, California  90025-2593
Telephone:  (310) 560-0800
Facsimile:  (310) 933-6980
Email: steveslaw110@msn.com
Attorney for plaintiff Linda Veerkamp

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| LINDA VEERKAMP,<br><br>    Plaintiff<br><br>        v.<br><br>RONALD PERLSTEIN, et al.,<br><br>    Defendants. | Case No. 2:25-cv-05496-CBM-JPR<br>*Hon. Consuelo B. Marshall*<br><br>PLAINTIFF LINDA VEERKAMP'S OPPOSITION TO MOTION TO DISMISS OF DEFENDANT RON PERLSTEIN; DECLARATION OF STEVEN O'REILLY; DECLARATION OF LINDA VEERKAMP<br><br>Date:  11-4-25<br>Time:  10 a.m.<br>Dept.:  8D |

TO THE COURT AND TO ALL PARTIES AND TO THEIR

ATTORNEYS OF RECORD. The Plaintiff Linda Veerkamp respectfully, submits

her Opposition to the Defendant Ron Perlstein's Motion to Dismiss.

**TABLE OF CONTENTS**

| | Page |
|---|---|
| I. Introduction | 1 |
| II. Federal Jurisdiction and Legal Standard | 2 |
| III. Argument | 3 |
| A. Foreclosure During Bankruptcy Stay Is Void | 3 |
| B. Perlstein's Self-Dealing and Unlicensed Status Destroy Standing | 4 |
| C. Dual Substitutions and False Bidding Render Deed Void | 5 |
| D. The State-Court Judgment Is Void Ab Initio | 6 |
| IV. Conclusion | 8 |
| Declarations of Steven O'Reilly and Linda Veerkamp | 9 |
| Proof of Service | 10 |

# TABLE OF AUTHORITIES

**Federal Cases**

*Ashcroft v. Iqbal*, 556 U.S. 662 (2009) .................................................... 2

*Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) ..................................... 2

*Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944) ...... 6

*In re Schwartz*, 954 F.2d 569 (9th Cir. 1992) ............................................ 3

*United Student Aid Funds v. Espinosa*, 559 U.S. 260 (2010) ................. 6

**California Cases**

*Monterey S.P. Partnership v. Bangham*, 49 Cal.3d 454 (1989) ............... 4

*Dimock v. Emerald Properties*, 81 Cal.App.4th 868 (2000) .................... 4

*Yvanova v. New Century Mortgage Corp.*, 62 Cal.4th 919 (2016) ......... 5

*County of San Diego v. Gorham*, 186 Cal.App.4th 1215 (2010) ............. 6

*Rochin v. Pat Johnson Mfg.*, 67 Cal.App.4th 1228 (1998) ....................... 6

**Statutes**

11 U.S.C. § 362(a)(3) .................................................... 3

28 U.S.C. §§ 1331, 1334(b) ....................................... 2

29 U.S.C. § 1106(b) (ERISA) ................................. 4

26 U.S.C. § 4975 (IRC) ............................................ 4

Cal. Civ. Code § 2924(a)(6) ..................................... 4

Cal. Civ. Proc. Code § 473(d) ................................. 6

MEMORANDUM OF POINTS AND AUTHORITIES

# I. INTRODUCTION

Defendant **Ronald Perlstein** asks this Court to dismiss a federal complaint exposing his misuse of self-directed retirement funds and fraudulent foreclosure conduct. The record shows he and his corporation **Danco Inc.** operated as both lender and trustee under the same Deed of Trust, violated the bankruptcy automatic stay, and then used fabricated foreclosure filings to obtain a **void state-court judgment**.

Because these actions contravene federal statutes—**11 U.S.C. § 362**, **ERISA § 406(b)**, and **IRC § 4975**—and implicate the Court's exclusive jurisdiction, the motion to dismiss must be denied.

# II. FEDERAL JURISDICTION AND LEGAL STANDARD

Jurisdiction exists under 28 U.S.C. §§ 1331 and 1334(b). Federal courts have original jurisdiction over claims "arising under" the Bankruptcy Code and ERISA, as well as supplemental jurisdiction over related state-law claims.

On a Rule 12(b)(6) motion, the Court accepts all well-pleaded facts as true and draws reasonable inferences in Plaintiff's favor. *Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. v. Twombly*, 550 U.S. 544 (2007).

### III. ARGUMENT

**A. Foreclosure During Bankruptcy Stay Is Void**

While Plaintiff's Chapter 13 case was active, Farmers & Merchants Bank transferred her loan to **Story Investments LLC**, an entity controlled by Perlstein. This transfer, dated March 7, 2024, violated **11 U.S.C. § 362(a)(3)**, which prohibits acts to obtain or exercise control over property of the estate. Any foreclosure conducted thereafter—including the May 17, 2024 sale—is void. *In re Schwartz*, 954 F.2d 569 (9th Cir. 1992). Defendant's reliance on these actions therefore cannot support dismissal.

**B. Perlstein's Self-Dealing and Unlicensed Status Destroy Standing**

The March 31, 2022 Deed of Trust names **Danco Inc.**, Perlstein's own company, as trustee, and **The Ronald Perlstein Profit Sharing Plan FBO Ronald Perlstein Entrust #00393** as beneficiary. By occupying both positions, Perlstein violated **ERISA § 406(b)** and **IRC § 4975(c)(1)(E)**, which prohibit fiduciaries from dealing with plan assets for their own benefit. Neither Perlstein nor Danco held any state lending or NMLS license, in violation of **Cal. Fin. Code §§ 50002, 50130** and **Civ. Code § 2924(a)(6)**.

A foreclosure initiated by an unlicensed and conflicted party is void. *Monterey S.P. Partnership v. Bangham*, 49 Cal.3d 454 (1989); *Dimock v. Emerald Props.*, 81 Cal.App.4th 868 (2000).

**C. Dual Substitutions and False Bidding Render Deed Void**

Two conflicting Substitutions of Trustee were executed and recorded on July 25, 2023, both naming **Western Fidelity Trustees (Kathleen Herrera)** but under different principals—first **Danco Inc.**, then **Perlstein individually**. The same Trustee Sale No. 2023-0506 was reused after the first notice's rescission, concealing that a new sale was initiated.

At the sale, the purported winning bidder was "**Dimo Garasad**," though subsequent filings show a "**Grant Deed**" signed by "**Adam Garasad**," the same individual under a different name.

Such overlapping substitutions and identity manipulation void the sale under *Yvanova v. New Century Mortgage Corp.*, 62 Cal.4th 919 (2016). Any trustee's deed resulting from that sale is therefore a nullity.

OPPOSITION TO MOTION TO DISSMISS AGAINST DEFENDANT RONALD PEARLSTEIN - 7

### D. The State-Court Judgment Is Void Ab Initio

After the defective sale, Perlstein's agents obtained a **summary judgment** in the unlawful-detainer action *Garisad v. Veerkamp*.

Judge Stern signed the proposed order on November 26, 2024—three weeks after its service and before entry of findings—and the same document was manually re-filed December 2, 2024 to avoid electronic timestamping. Such orders are void. *County of San Diego v. Gorham*, 186 Cal.App.4th 1215 (2010).

Fraud on the court vitiates even final judgments. *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944). A void judgment cannot create res judicata or collateral estoppel. *Rochin v. Pat Johnson Mfg.*, 67 Cal.App.4th 1228 (1998). Because the underlying sale was unlawful and the judgment was entered without jurisdiction, the Motion to Dismiss must be denied.

## IV. CONCLUSION

Defendant's motion relies entirely on void acts—an unlawful transfer during bankruptcy, a self-dealing deed of trust, and a state-court judgment obtained through procedural fraud. Federal law mandates that such defects be remedied by this Court.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

1. **Deny Defendant's Motion to Dismiss**;

2. Confirm that the foreclosure and state-court judgment are **void ab initio**; and

3. Grant such other relief as the Court deems just and proper.

Dated: Oct 14, 2025

Respectfully submitted,

/s / Steven O'Reilly

STEVEN W. O'REILLY, ESQ.

Attorney for Plaintiff Linda M. Veerkamp

# DECLARATION OF STEVEN W. O'REILLY

I, **Steven W. O'Reilly**, declare:

1. I am counsel of record for Plaintiff. I have personally reviewed the Los Angeles County recordings, bankruptcy filings in Case No. 2:23-bk-17901-VZ, and related foreclosure documents.

2. The March 7, 2024 transfer from Farmers & Merchants Bank to Story Investments occurred during Plaintiff's active bankruptcy.

3. The April 2, 2024 declaration filed by Ronald Perlstein falsely stated he was "custodian" of the Entrust #00393 Plan; Entrust's records confirm only Entrust Group, Inc. holds that authority.

4. Multiple Substitutions of Trustee and a recycled sale number (2023-0506) show that the same trustee and beneficiary—Perlstein—acted in conflict, voiding the sale under *Dimock* and *Yvanova*.

5. The December 2, 2024 judgment entered in the state-court UD case was based on that void sale and was itself entered prematurely, making it void.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.Executed this 14 day of Oct. 2025, in Los Angeles, California//.s   /Steven O'Reilly

STEVEN W. O'REILLY, ESQ.

---

# DECLARATION OF LINDA M. VEERKAMP

I, **Linda M. Veerkamp**, declare:

1. I am the Plaintiff and homeowner affected by these proceedings.

2. I filed a Chapter 13 bankruptcy in 2023. Without any notice or order lifting the stay, Farmers & Merchants Bank assigned my loan to Story Investments, an entity I had never dealt with.

3. In May 2024, I was informed that my property had been sold at auction to "Dimo Garasad." I later learned the same person used the name "Adam Garasad" to file an unlawful-detainer action.

4. The sale and court filings occurred while my bankruptcy case was pending, and I never received accurate notice of substitution or sale.

5. The state-court judge later acknowledged on record that the judgment had been signed before service and apologized.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14day of Oct. 2025, in Torrance, California.

/ s / Linda Veerkamp

LINDA M. VEERKAMP, Plaintiff

CERTIFICATE OF SERVICE

- CERTIFICATE OF SERVICE
- I, Steven O'Reilly, hereby certify that on Oct 14, 2025 I electronically filed the foregoing paper described as: Opposition to Motion Dismiss of Ron Perlstein with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties:
- Dan J. Yourist
- Yourist Law Corporation, APC
- 10850 Wilshitr Blvd., Suite 710,
- Los Angeles, Ca. 90024  djy@youristlaw.com
- 
- Michael Leight, Esq
- 16400 PCH, Suite 203
- Huntington Beach, Ca. 92649 admin@leightlaw.net
- 
- Sinny B. Thai, Esq. sinny.tai@fnf.com
  601 S. Figueroa Street,  Suite 4025
- Los Angeles, Ca. 90017

- Jonathan Endman, Esq.
- RELAW,APC
- 2535 Townsgate Road Suite 207
- Westlake Village 91361 jonathan@relawapc.com
- 
  Timothy M Ryan
  Ryan Firm
  2603 Main Street, Suite 1225
  Irvine, CA 92614 Email: tryan@theryanfirm.com
- 
- Andrew Jonathan Mase
  The Ryan Firm
  2603 Main St, Suite 1225
  Irvine, CA 92614 ecf@theryanfirm.com

- Natalie Garson
  The Ryan Firm
  2603 Main St, Suite 1225
  Irvine, CA 92614 Email: ngarson@goodwinlaw.com

OPPOSITION TO MOTION TO DISSMISS AGAINST DEFENDANT RONALD PEARLSTEIN - 12

- I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this court and authorized this service. Executed on October 14, 2025 at Los Angeles, Ca.

By:  <u>/s /Steven O'Reilly</u>
STEVEN O'REILLY