1  Steven W. O'Reilly, SBN 141741
2  12304 Santa Monica Boulevard, Suite 300
3  Los Angeles, California  90025-2593
   Telephone:  (310) 560-0800
4  Facsimile:   (310) 933-6980
5  Email: steveslaw110@msn.com
   Attorney for plaintiff Linda Veerkamp
6

7              UNITED STATES DISTRICT COURT

8         CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION
9

10

11 LINDA VEERKAMP,                    Case No. 2:25-cv-05496-CBM-JPR
                                      *Hon. Consuelo B. Marshall*
12      Plaintiff,

13 v.                                 [PROPOSED] ORDER

14 RONALD PERLSTEIN, et al.,          Dept.:    8D
15                                    Hearing:  11-4-25
                                      Time:     10 a.m.
16      Defendants.

17

Proposed Order

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| LINDA VEERKAMP, | Case No. 2:25-cv-05496-CBM-JPR |
| | *Hon. Consuelo B. Marshall* |
| Plaintiff, | |
| v. | ORDER |
| RONALD PERLSTEIN, et al., | Date:   11-4-25 |
| | Time:   10 a.m. |
| | Dept.:  8D |
| Defendants. | |

This matter came before the court on the Motion to Dismiss the 5th cause of action by Defendant Ron Perlstein. Having reviewed the documents and after any oral argument of counsel the Court hereby makes the following order:

1.) Defendant Ron Perlstein's Motion to Dismiss is [GRANTED/DENIED]
    30 days to Amend

IT IS SO ORDERED

Dated:

_____
*Hon. Consuelo B. Marshall*
JUDGE OF THE UNITED STATES DISTRICT COURT

2

Proposed Order

# CERTIFICATE OF SERVICE

- CERTIFICATE OF SERVICE
- I, Steven O'Reilly, hereby certify that on Oct 14, 2025 I electronically filed the foregoing paper described as: Proposed Order with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties:
- Dan J. Yourist
- Yourist Law Corporation, APC
- 10850 Wilshitr Blvd., Suite 710,
- Los Angeles, Ca. 90024  djy@youristlaw.com
- 
- Michael Leight, Esq
- 16400 PCH, Suite 203
- Huntington Beach, Ca. 92649 admin@leightlaw.net
- 
- Sinny B. Thai, Esq. sinny.tai@fnf.com
  601 S. Figueroa Street,  Suite 4025
- Los Angeles, Ca. 90017
- 
- Jonathan Endman, Esq.
- RELAW,APC
- 2535 Townsgate Road Suite 207
- 
- Westlake Village 91361 jonathan@relawapc.com
  Timothy M Ryan
  Ryan Firm
  2603 Main Street, Suite 1225
  Irvine, CA 92614 Email: tryan@theryanfirm.com
- 
- Andrew Jonathan Mase
  The Ryan Firm
  2603 Main St, Suite 1225
  Irvine, CA 92614 ecf@theryanfirm.com

- Natalie Garson
  The Ryan Firm
  2603 Main St, Suite 1225
  Irvine, CA 92614 Email: ngarson@goodwinlaw.com

3

Proposed Order

- I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am a member of the bar of this court and authorized this service. Executed on October 14, 2025 at Los Angeles, Ca.   By: /s /Steven O'Reilly
  STEVEN O'REILLY