**PLAINTIFF'S INITIAL DISCLOSURES PART 2 (FRCP 26(a)(1))**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


LINDA VEERKAMP,

Plaintiff,

v.

RONALD PERLSTEIN, et al.,

Defendants.


Case No. 2:25-cv-05496 CBM (JPRx)


Plaintiff's 26(f) Initial Disclosures

1. Plaintiff sues for wrongful foreclosure and fraud. Fraudulent Deeds of Trust made out to ficticious entity and unlicensed lender could not legally foreclose. Amended Complaint filed on 7-3-25. Plaintiff was evicted from her fully paid off home and is homeless. Requests a trial date within 6 months 5-31-26.

2. Plaintiff need 1 deposition per defendant 14 and experts. Depositions will be completed by 3-31-26. Defendants mostly one deposition except for Western Trustees.

3. Written Discovery

   Special Interrogatories to each defendant

   Requests for Production to each defendant is attached .

Requests for Admission to each defendant
Completion Target: 3-1-26. Served next week.

4. Expert Witnesses  Plaintiff 1-3 Trustee sales  all areas of foreclosure and damages. Can be deposed 15 days before Trial date.

5. Proposed Pretrial Conference—5-21-26

6.Jury demand filed 10-18-25.

7. Plaintiff will settle if offer is reasonable.

8. Prefer  Trial judge.

9.Motion to add a party and motion to vacate a void judgment will be made within 2 weeks.

10.Magistrate Judge or ADR Panel.

This Plaintiff is amenable to mediation.

Plaintiff Linda Veerkamp, through counsel Steven O'Reilly (SBN 141741), provides the following Initial Disclosures pursuant to FRCP 26(a)(1). These disclosures are based on information presently available. Plaintiff reserves all rights to supplement under Rule 26(e).

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

(Plaintiff, all defendants, counsel, Entrust custodian, F&M personnel, Western Fidelity personnel, auction personnel, title officers, escrow officers, corporate designees, and all witnesses identified in any pleading or discovery.)

## II. DOCUMENTS / ESI

The following document categories will be requested or are in Plaintiff's possession, custody, or control:

A. Chain of Title:

- 2022 Perlstein Deed of Trust

- 2023 Lucas Reconveyance

- All assignments

- All notices (NOD, NOTS, TDUS, rescissions)

- DOJ §2924m reporting documents

B. Foreclosure File:

- Trustee sale file

- Auction logs

- Bidder registration, proxy docs, ID verification

- Trust account records

- Trustee's accounting

- Communications involving trustee/beneficiary

C. SDIRA / PSP:

- Entrust custodial file

- Buy Direction Letter

- PSP Trust documents

- ERISA/IRC compliance material

D. Banking:

- Wire confirmations

- Trustee trust account bank statements

- Beneficiary deposit records

- F&M transfer of servicing/assignment records

E. Title/Escrow:

- Preliminary Title Reports / TSG

- Escrow files, reconveyance instructions

- Title underwriting notes

F. Communications:

- Emails, texts, recordings between any defendants and/or trustee, title, escrow, beneficiary, or auctioneer.

G. Damages Documentation:

- Property valuation, legal bills, relocation, equity loss, economic losses.

III. DAMAGES COMPUTATION

Plaintiff seeks damages including:

1. Loss of equity

2. Wrongful foreclosure damages

3. Economic damages

4. Statutory damages

5. Emotional distress

6. Punitive damages

7. Attorneys' fees and costs


Plaintiff will supplement pursuant to Rule 26(e).


IV. INSURANCE

None known.


DATED: November 18 2025

THE LAW OFFICES OF STEVEN O'REILLY


/s/ Steven O'Reilly

Attorney for Plaintiff

FENDANT FIDELITY NATIONAL TITLE COMPANY AND VICKY EZZELL

Rule 26(f) Initial Disclosures

1. Depositions to Be Taken

- Plaintiff Linda Veerkamp
- Defendant Vicky Ezzell

2. Written Discovery

- Special Interrogatories to Plaintiff
- Requests for Production to Plaintiff
- Requests for Admission to Plaintiff
  Completion Target: August 31, 2026

3. Expert Witnesses

- None at this time.

4. Proposed Pretrial Conference

- Amenable to counsel's schedule.
- Target: February 2027.

5. Contemplated Motions

- Defendants' Motion to Dismiss is currently under submission.
- If denied, Defendants anticipate filing a Motion for Summary Judgment.

6. ADR

- Magistrate Judge or ADR Panel.
- Defendants are amenable to mediation.

---

Brief Statement Under ¶4(a) of the Court's Standing Order

Plaintiff Linda Veerkamp, a real estate agent, obtained a loan secured by a Deed of Trust ("Perlstein DOT") in favor of Defendant Ronald Perlstein as the lender. Under the Perlstein DOT, Plaintiff pledged the property located at 18320 Regina

Avenue, Torrance, California 90504 as security for repayment of a $370,000.00 loan.

Defendant Fidelity National Title Company ("Fidelity") issued a policy of title insurance insuring the Perlstein DOT as a valid lien. Defendant Vicky Ezzell was the Fidelity title officer who issued the underlying title insurance policy.

Following Plaintiff's default, Defendant Perlstein foreclosed on the Property. Plaintiff alleges wrongful foreclosure and asserts that Ezzell "contributed to the fraudulent foreclosure … by failing to discharge her duty to maintain accurate and complete title records."

Defendants Fidelity and Ezzell have filed a Motion to Dismiss the First Amended Complaint pursuant to FRCP 12(b)(6), which remains pending.

DEFENDANTS SAM OSTAYAN, ADAM GARASAD, AND FLEET CAPITAL, INC.

Rule 26(f) Initial Disclosures

1. Depositions to Be Taken

- Plaintiff Linda Veerkamp

2. Written Discovery

- Special Interrogatories to Plaintiff
- Requests for Production to Plaintiff
- Requests for Admission to Plaintiff
  Completion Target: August 31, 2026

3. Expert Witnesses

- None at this time.

4. Proposed Pretrial Conference

- Amenable to counsel's schedule.
- Target: February 2027.

5. Contemplated Motions

- Defendants' Motion to Dismiss is under submission.
- If denied, Defendants anticipate filing an MSJ.

6. ADR

- Magistrate Judge or ADR Panel.
- These Defendants are not amenable to mediation.

DEFENDANTS EQUITY FUNDING SOURCE, INC. AND JUDITH KRUG
(EFS)

Rule 26(a)(1) Initial Disclosures

1. Individuals Likely to Have Discoverable Information

Responding Parties know of no individuals with discoverable information other
than the parties themselves.

2. Documents and ESI

Responding Parties know of no responsive documents at this time.
Discovery is ongoing.

3. Computation of Damages.  Not applicable. Responding Parties assert no
damages.

4. Insurance Agreements. Not applicable. Responding Parties are not insurance
carriers.

DEFENDANTS WESTERN FIDELITY TRUSTEES AND KATHLEEN
HERRERA

Rule 26(f) Initial Disclosures

I. Depositions to Be Taken

- Plaintiff Linda Veerkamp

II. Written Discovery

- Interrogatories to Plaintiff
- Requests for Admission to Plaintiff

III. ADR

- Magistrate Judge acceptable.
- ADR session presumed feasible within four months.

IV. Contemplated Motions

- None at this time

DEFENDANT FARMERS & MERCHANTS BANK OF LONG BEACH

Rule 26(f) Initial Disclosures

(i) Individuals Likely to Have Discoverable Information

James H. Ketchersid
Former Senior Vice President, F&M.
Information: F&M's loan to Plaintiff; subsequent assignment.

Phillip J. Bond
Executive Vice President / Chief Credit Officer, F&M.
Information: Loan origination; subsequent assignment.

Jana Mendoza
Vice President – Special Assets Officer, F&M.
Information: Loan history and assignment.

Gerald Bowler
Vice President – Special Assets Officer, F&M.
Information: F&M's loan and assignment.

Ron Appel, Esq.
Address unknown.
Information: Plaintiff's bankruptcy proceedings.

Linda Veerkamp
Information: Loan history; conduct of lenders.

Ronald Perlstein
Information: Loan made to Plaintiff; assignments; affiliated entities, including:

- Perlstein Profit Sharing Plan FBO Ronald Perlstein Entrust #00393
- Story Investments, LLC
- Other affiliated entities

(ii) Documents F&M May Use to Support Claims or Defenses

- F&M's loan file for the Veerkamp loan
- F&M's file concerning the assignment to Story Investments LLC
- Plaintiff's Bankruptcy Case: 2:23-bk-179201-VZ (C.D. Cal.)
- Court file from unlawful detainer action involving the subject property

(iii) Category of Damages

F&M is not yet in a position to compute damages pending resolution of pleadings.

However:

- F&M believes Plaintiff's claims are frivolous and vexatious
- F&M intends to seek attorneys' fees and costs
- Current attorney's fees: $28,776.00
- Current litigation costs: $275.59

If the MTD is denied, F&M anticipates filing cross-claims for indemnity.

(iv) Insurance

F&M presently makes no claims under any insurance agreement.

## PLAINTIFFS  REQUSZSTS FOR PRODUCTION TO ALL DEFENDANTS

PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO ALL
DEFENDANTS

RFP 1:

Produce the complete trustee's sale file, including all notices, drafts, internal notes,
emails, logs, and communications relating to the foreclosure of 18320 Regina
Avenue.

RFP 2:

Produce all versions, drafts, and executed copies of the Notice of Default,
including any rescissions.

RFP 3:

Produce all versions, drafts, and executed copies of the Notice of Trustee's Sale,
including publication proofs and mailing logs.

RFP 4:

Produce all documents constituting or relating to opening bid instructions for the
trustee's sale.

RFP 5:

Produce the complete bidder registration log, including ID verification, proxy
authorization, sign-in sheets, bidding cards, auction notes, and any recordings.

RFP 6:

Produce all documents relating to identity verification of any bidder, including
"Dimo," Adam Garasad, and/or Sam Ostayan.

RFP 7:

Produce all communications between you and any trustee, auctioneer, beneficiary,
agent, or bidder involving this foreclosure.

RFP 8:

Produce all wire transfers, cashier's checks, deposit slips, or certified funds used
by any person to purchase the property at the trustee's sale.

RFP 9:

Produce the full trustee trust account ledger relating to this property.

RFP 10:

Produce all bank statements for the trustee trust account for May 2024.

RFP 11:

Produce the disbursement ledger showing any payment to the beneficiary.

RFP 12:

Produce all bank records showing receipt of foreclosure proceeds by Ronald Perlstein, Entrust, or Story Investments.

RFP 13:

Produce all accounting records relating to foreclosure proceeds.

RFP 14:

Produce the complete Entrust custodial file for Account 00393.

RFP 15:

Produce the complete Profit Sharing Plan trust documents, including all amendments, authorizations, and investment records.

RFP 16:

Produce all documents showing authority of any defendant to act as beneficiary.

RFP 17:

Produce the complete escrow file relating to the 2022 loan and the Lucas payoff.

RFP 18:

Produce all reconveyance documents relating to the Lucas loan or Perlstein's lien.

RFP 19:

Produce all Preliminary Title Reports, Title Search Guarantees, supplements, and title plant images.

RFP 20:

Produce all communications between any title officer and any trustee, escrow officer, or beneficiary.

RFP 21:

Produce all corporate registration documents, operating agreements, ownership records, and licensing for Story Investments, Western Fidelity, Fidelity National Title, American Trust Escrow, and Fleet Capital.

RFP 22:

Produce all documents showing the legal existence of any entity used by Perlstein.

RFP 23:

Produce all AML/KYC records for any person or entity involved in the 2022 loan or 2024 foreclosure.

RFP 24:

Produce all trustee licensing, escrow licensing, and corporate authorization documents.

RFP 25:

Produce all documents supporting your defenses.

RFP 26:

Produce all documents contradicting Plaintiff's claims.

RFP 27:

Produce all insurance policies potentially covering any claim in this action.

RFP 28:

Produce all declarations submitted in any UD, bankruptcy, state, or federal case involving this property or these defendants.