

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

December 2, 2025

  Superior Court of California, County of Los Angeles
  111 North Hill Street
  Los Angeles, CA 90012

Re: Case Number:     2:25−cv−05496−CBM−JPR
    Previously Superior Court Case No.     25STCV11100
    Case Name:     Linda Veerkamp v. Ronald Perlstein et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on     December 2, 2025    , the above−referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Evelyn Synagogue*
    Deputy Clerk
    Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
    Deputy Clerk

_____
Date

G−17 (06/24)  LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT