UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05496-CBM-JPR | Date | December 2, 2025 |
| Title | Veerkamp v. Perlstein et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: DEFENDANTS AMERICAN TRUST ESCROW AND CHRIS FONTES' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND/OR MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT**

On December 2, 2025, the Court issued an Order re Defendants' Motions to Dismiss Plaintiff's First Amended Complaint remanding the action back to state court. Accordingly, Defendants American Trust Escrow and Chris Fontes' Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim and/or Motion to Strike Portions of the First Amended Complaint (Dkt. No. 63) is **denied without prejudice** to refiling in state court.

**IT IS SO ORDERED.**