**United States District Court**
Central District of California
Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

FILED
CLERK, U.S. DISTRICT COURT
DEC 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

December 2, 2025

Superior Court of California, County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number: __2:25-cv-05496-CBM-JPR__
Previously Superior Court Case No. __25STCV11100__
Case Name: __Linda Veerkamp v. Ronald Perlstein et al__

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 08 2025

David W. Slayton, Executive Officer/Clerk of Court

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __December 2, 2025__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: __/s/ Evelyn Synagogue__
Deputy Clerk
Evelyn_Synagogue@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

__12-8-25__
Date

By: __N. Osollo__
Deputy Clerk

G-17 (06/24)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT

US POSTAGE ™ PITNEY BOWES
ZIP 90012 $ 000.74⁰
02 1W
0001403157 DEC 11 2025

LOS ANGELES CA 900
12 DEC 2025 PM 13

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 5 2025
CENTRAL DISTRICT OF CALIFORNIA

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
CENTRAL DISTRICT-STANLEY MOSK COURTHOUSE
CIVIL DIVISION
111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012